UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2020

Mehmet Emre Ergin,

        Plaintiff,

   –v–

8th Hill Inc., *et al.*,

        Defendants.

20-cv-4594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference scheduled for September 11, 2020, is adjourned to Friday, September 25, 2020, at 3:15 PM. The parties shall ECF file a Proposed Civil Case Management Plan and Scheduling Order no later than seven days prior to the Initial Pretrial Conference. The parties are reminded that pursuant to Rule 1.I. of this Court's Individual Practices in Civil Cases, all attorneys are required to promptly enter an appearance in the case. If any Defendant has not entered an appearance by September 25, 2020, Plaintiff is directed to move for a default judgment no later than November 2, 2020. Plaintiff shall serve a copy of this Order on all Defendants.

    SO ORDERED.

Dated: August 21, 2020
       New York, New York

                          ALISON J. NATHAN
                          United States District Judge