UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

Mehmet Emre Ergin,

           Plaintiff,

–v–

8th Hill Inc., *et al.*,

           Defendants.

20-cv-4594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference scheduled for September 25, 2020, is adjourned sine die.

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge