UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

Mehmet Emre Ergin,

        Plaintiff,

–v–

8th Hill Inc., *et al.*,

        Defendants.

20-cv-4594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to Rule 3.L of this Court's Individual Practices in Civil Cases, the Plaintiff shall serve a copy of his motion for default judgment and all supporting documents on the Defendants and file an affidavit of service on ECF within fourteen days of filing the motion for default judgment. The Court will not consider the motion for default judgment until such affidavit of service is filed.

    SO ORDERED.

Dated: October 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge