UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Mehmet Emre Ergin,

                 Plaintiff,            20 **CIVIL** 4594 (AJN)(GWG)

        -against-                **JUDGMENT**

8th Hill Inc., et al.,

                 Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated April 25, 2022, the R&R is adopted in its entirety and Plaintiff is awarded damages, fees, and costs, calculated in the R&R to be a total of $33,200.72, as well as pre-judgment interest on the unpaid wages. The Court further orders post-judgment interest as mandated by 28 U.S.C. § 1961. Judgment is entered in favor of Plaintiff and against the Defendants in the amount of: 1. $26,605.72, consisting of unpaid wages, liquidated damages, and statutory damages; 2. Prejudgment interest on the amount of unpaid wages that accrues at the rate of $2.05 per day from November 25, 2019, until the date judgment is entered, in the amount of $1,812.20; 3. $6,195, in attorneys' fees; 4. $400 in litigation costs; 5. If the judgment is not entirely paid within 90 days of judgment, or 90 days after the expiration of appeal, whichever is later, and no appeal is pending, then the total amount of judgment shall automatically increase by 15 percent; and 6. After the date that judgment is entered, post-judgment interest shall accrue at the rate set by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
        April 26, 2022

                                               **RUBY J. KRAJICK**

                                               _____
                                               **Clerk of Court**
                         **BY:**    *K. Mango*
                                               _____
                                               **Deputy Clerk**